OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 7, 2025

Shahily Negron, Esq.
Law Office of Shahily Negron
943 Washington Street
Reading, PA 19601

Jonathan D. Wallace, Esq.
P.O. Box 728
Amagansett, NY 11930

RE: Huda Fakhreddine, et al v. University of Pennsylvania
Case Number: 25-1290
District Court Case Number: 2:24-cv-01034

Dear Counsel:

Pursuant to our docketing letter dated **February 20, 2025**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Concise Summary of the Case**
**Information Statement**
**Transcript Purchase Order Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4911

cc: Olivia Greene, Esq.
    David Gringer, Esq.
    Alan E. Schoenfeld, Esq.
    Seth P. Waxman, Esq.