| UNITED STATES COURT *of* APPEALS *for the* THIRD CIRCUIT / REQUIREMENTS for APPENDIX ||
|---|---|
| **CONTENT of APPENDIX** | **FORM of APPENDIX** |

### CONTENT of APPENDIX

#### TABLE of CONTENTS

1. Each document entry must:
    a. Be sequentially numbered
    b. Be titled as originally submitted
    c. Include the page number of the appendix on which it begins

#### REQUIRED CONTENTS

1. *Notice of Appeal or Petition for Review
2. *Order(s) being appealed
3. *Opinion(s) under review
4. *Order granting certificate of appealability where applicable
5. Docket entries from the originating court/agency
6. Any and all relevant portions of the record filed in the originating court/agency to which the brief cites (**See L.A.R. 30.3(a)**)
7. Certification of Service if required by F.R.A.P. 25(d)

*Volume I of the appendix must include these documents and no others.  Volume I of the appendix may be bound with the brief, which is the preference of the Court, or bound separately.

Federal Rules of Appellate Procedure and Local Appellate Rules are accessible under Rules & Procedures via the Third Circuit website.

Rules regarding redaction:
Fed. R. App. P. 25(a)(5)
Fed. R. Civ. P. 5.2
Fed. R. Crim. P. 49.1
Fed. R. Bankr. P. 9037

### FORM of APPENDIX

#### COVER

1. **Color of Front and Back covers is white.  This also applies to a supplemental appendix.**
2. Content of Front Cover
    a. Name of court
    b. Appellate docket number
    c. Official Court caption
    d. Nature of proceeding in originating court/agency
    e. Title of document
    f. Name and address of counsel of record
    g. The designated volume number
    h. The page numbers contained therin

#### PAGES

1. 8 ½ " x 11" opaque paper with clear black image
2. Double-sided copies are acceptable
3. Must be consecutively paginated

#### BINDING

1. Must be firmly bound along the left margin
2. Metal fasteners must be covered with tape
3. Volumes that are Velo bound and more than 1 inch thick must be reinforced along the binding

**Order** – Vacating Option B for Filing of an Appendix

**Four (4) hard copies of the appendix must be delivered to the Clerk's Office within 5 days of the electronic filing.**

**For verbal extensions of time, please call 215-597-2995 and select option 3 for Case Management.**